**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| **AMERIS BANK, doing business as BALBOA CAPITAL CORPORATION,**<br><br>**Plaintiff,**<br><br>v.<br><br>**CLEAN TEAM PLUMBING AND ROOTER INC. and BRADELY MALLORY,**<br><br>**Defendants.** | Case No.: SACV 23-02362-CJC (KESx)<br><br>**JUDGMENT** |

  In this case, Plaintiff Ameris Bank, doing business as Balboa Capital Corporation, alleges that Clean Team Plumbing and Rooter Inc. ("Clean Team") breached its financing agreement with Plaintiff, and Defendant Bradley Mallory breached his obligation as guarantor for that agreement. (Dkt. 1 [Compl.] ¶¶ 10–26.) The Court granted Plaintiff's motion for default judgment. Accordingly, it is hereby **ORDERED** that judgment is entered in favor of Plaintiff and against Defendants in the amount of

**$137,477.62**, consisting of $125,181.72 in remaining monthly payments, $5,589.27 in prejudgment interest, $6,103.63 in attorney fees, and $603 in costs.

DATED:     April 3, 2024

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

**CC: FISCAL**